| Date: 02/04/11 | DIVIDENDS REMITTED TO THE COURT | | | Page: 1 |

CK #107
Rec. #151867

Case Number 10-15436 - GERRICK, AMBER Q.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Asset Acceptance LLC** PO Box 2036 Warren, MI 48090 | 000005 | 123.18 | 4.57 |
| -------- Remittance Total -------- | | 123.18 | 4.57 |

*signature*
LAUREN A. HELBLING, Trustee

FILED 2011 FEB 14 AM 11:25 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

COURT1                                   Printed: 02/04/11 12:30 PM   Ver: 16.01c

10-15436-pmc    Doc 20    FILED 02/14/11    ENTERED 02/14/11 14:38:53    Page 1 of 1